AO 442 (Rev. 10/03) Warrant for Arrest                         UNSEALED

# UNITED STATES DISTRICT COURT

Southern District of California

**FILED**
SEP 1 9 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Leonard Glenn Francis (1) and
Michael Vannek Khem Misiewicz (2)

**WARRANT FOR ARREST**

Case Number: 13MJ3457

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Michael Vannek Khem Misiewicz
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to commit bribery

in violation of Title  18  United States Code, Section(s)  371

The Honorable David H. Bartick
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_[signature]_ (SEAL)
Signature of Issuing Officer

9/12/2013       San Diego, California
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Colorado Springs Airport, Colorado Springs, CO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 13 Sept 2013 | Mark Mayeda - Special Agent | _[signature]_ |
| DATE OF ARREST | | |
| 16 Sept 2013 | | |

(13) KCM

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Michael Vannek Khem Misiewicz

ALIAS: _____

LAST KNOWN RESIDENCE: 5514 Mosquito Pass Dr., Colorado Springs CO 80917

LAST KNOWN EMPLOYMENT: US Navy Commander

PLACE OF BIRTH: Cambodia

DATE OF BIRTH: 4/2/1967

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5' 4''        WEIGHT: 158 lbs

SEX: Male           RACE: Asian

HAIR: Black         EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: None

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: DCIS - Defense Criminal Investigative Service
501 W. Ocean Blvd. Ste 7300
Long Beach CA 90802