MARK F. ADAMS
Law Offices of Mark F. Adams
California Bar No. 97377
964 Fifth Avenue, Suite 214
San Diego, CA 92101
Telephone: (619)239-4344
Facsimile: (619)544-1429
markadamsesq@gmail.com

WENDY S. GERBOTH
Attorney At Law
California Bar No. 167687
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 699-5969
Facsimile: (619) 699-5967
wendysgerboth@hotmail.com

Attorney for Defendant Michael Vannak Khem Misiewicz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.13CR03782 |
| Plaintiff, | Date: March 27, 2015<br>Time: 2:00 p.m. |
| v. | |
| MICHAEL VANNAK KHEM MISIEWICZ, | NOTICE OF MOTIONS AND MOTIONS: |
| Defendant. | 1) DEFENDANTS AMENDED REQUEST FOR DISCOVERY; AND<br><br>2) FOR LEAVE TO FILE FURTHER MOTIONS |

TO:     LAURA E. DUFFY, UNITED STATES ATTORNEY;
        ROBERT HUIE, ASSISTANT UNITED STATES ATTORNEY; AND
        MARK PLETCHER, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Friday March 27, 2015 at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Michael Vannak Khem Misiewicz, by and through his attorneys Mark F.

Adams and Wendy S. Gerboth, will ask this Court to enter an order granting the motions listed below.

**MOTIONS**

Michael Vannak Khem Misiewicz, the defendant in this case, by and through his attorney, Wendy S. Gerboth, pursuant to the U.S. Const., Fed. R. Crim. P., Fed. R. Evid., and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

    (1) compelling further discovery; and
    (2) granting leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: March 13, 2015   */S/ Mark F. Adams*
Mark F. Adams

Dated: March 13, 2015   */S/ Wendy S. Gerboth*
Wendy S. Gerboth

Attorneys for Defendant Michael Vannak Khem Misiewicz