Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

Attorneys for Defendant Francis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 13cr3781-JLS, 13cr3782-JLS, |
|---|---|
| Plaintiff, | ) 13cr4287-JLS |
| v. | ) Joint motion to continue sentencing |
| LEONARD GLENN FRANCIS, | ) |
| GLENN DEFENSE MARINE ASIA, | ) |
| Defendants. | ) |

The parties jointly move to continue the sentencing hearings in the above matters from September 6, 2019, to March 20, 2020 at 9:00 a.m. Mr. Francis's acknowledgment is attached.

So moved.

Dated: May 6, 2019              /s/ *Jeremy Warren*
                                Jeremy D. Warren
                                Warren & Burstein
                                Attorneys for Mr. Francis

Dated: May 6, 2019              /s/ *Mark Pletcher/Rob Huie*
                                Mark Pletcher/Rob Huie
                                Assistant United States Attorneys

Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

Attorneys for Defendant Francis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEONARD GLENN FRANCIS,<br>GLENN DEFENSE MARINE ASIA,<br><br>  Defendants. | Case No.: 13cr3781-JLS, 13cr3782-JLS,<br>13cr4287-JLS<br><br>Acknowledgment of next court date |

I acknowledge my next court date has been continued to March 20, 2020, at 9:00 a.m. I will be in court as directed on that date and time.

Dated: 5/6/19

_Leonard Glenn Francis_
-Leonard Glenn Francis